IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WENDY RABORN                                                                    PLAINTIFF

v.                              No. 4:23-cv-1118-DPM

ALLSTATE PROPERTY AND
CASUALTY INSURANCE
COMPANY                                                                         DEFENDANT

ORDER

Raborn's motion, *Doc. 15*, is granted. Considering all the material circumstances, Fed. R. Civ. P. 41(a)(2), the Court declines Allstate's request to impose conditions.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 February 2025