# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

WENDY RABORN                                              PLAINTIFF

v.                              No. 4:23-cv-1118-DPM

ALLSTATE PROPERTY AND
CASUALTY INSURANCE
COMPANY                                                  DEFENDANT

## JUDGMENT

The complaint is dismissed without prejudice.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

25 February 2025